# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD OKADA,<br><br>        Plaintiff(s),<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC,<br><br>        Defendant(s). | Case No. 2:14-cv-01601-RCJ-NJK<br><br>ORDER DENYING DISCOVERY PLAN<br><br>(Docket No. 44) |

Pending before the Court is Plaintiff's proposed discovery plan. *See* Docket No. 44. In light of the pending motion to stay discovery, *see* Docket No. 41, the Court hereby **DENIES** the discovery plan without prejudice. In the event the motion to stay discovery is denied, the parties shall file a renewed proposed discovery plan within 7 days of the order resolving the motion to stay.[1]

IT IS SO ORDERED.

DATED: October 30, 2014

                                                      NANCY J. KOPPE
                                                      United States Magistrate Judge

---

[1] Although the Court does not herein rule on the proposed discovery plan, the Court notes that the parties incorrectly state that Local Rule 26-4 requires requests to extend deadlines to be filed at least 21 days before the discovery cut-off. *See* Docket No. 44 at 4. Any renewed discovery plan shall correctly state that any such request must be filed at least 21 days before expiration of the subject deadline sought to be extended (*e.g.*, a request to extend the expert disclosure deadline must be filed at least 21 days before the expiration of that deadline).