# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONALD OKADA,

          Plaintiff(s),

vs.

NEVADA PROPERTY 1 LLC,

          Defendant(s).

Case No. 2:14-cv-01601-LDG-NJK

ORDER

(Docket No. 59)

Pending before the Court is Defendant's *ex-parte* motion filed on November 25, 2014. Docket No. 59. Pursuant to Local Rule 7-5(b), all *ex-parte* motions "shall contain a statement of good cause why the matter was submitted to the Court without notice to all parties." Upon review, the Court sees no statement of good cause and no reason why the motion was filed *ex-parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall remove the *ex parte* designation from Defendant's motion (Docket No. 59) and electronically serve it on counsel for Plaintiff.

**IT IS FURTHER ORDERED** that Defendant's motion to remove Elizabeth Weldon, Esq. as counsel of record (Docket No. 59) is hereby **GRANTED**.

DATED: November 26, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge